GOLDSMITH & HULL/5108249
A Professional Corporation
VALERIA BARINOVA (Bar No. 224422)
16000 Ventura Blvd., Suite 900
Encino, CA 91436-2760
Tel: (818) 990-6600
Fax (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys For Judgment Creditor

*[FILED stamp: JUL 16 2007, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIRASAK CHANGSRIVONGSE AKA VIRASAK CHANGSRNONGSE, <br><br> Defendant. | CASE NO. ACV03-01844 CBM <br><br> ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [PROPOSED] |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of ROTTNER ATTORNEY SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 7/16/07

*[signature]*
CONSUELO B. MARSHALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

Priority ___
Send ✓
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___